UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James E. Brennan, Jr.,
    Plaintiff

v.                                                          C.A. No. 08-419S

A. T. Wall, et al.,
    Defendant

### ORDER

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on December 30, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion for Temporary Restraining Order is DENIED.

By Order,

/s/ Wendy Lule
Deputy Clerk

ENTER:

/s/ W Smith
William E. Smith
United States District Judge

Date: 1/24/09