UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES E. BRENNAN, JR.,
    Plaintiff

v.                                                      C.A. No. 08-419 S

A.T. WALL, ET AL.,
    Defendants

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on September 8, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motions for Preliminary Injunction are DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/25/09