UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES E. BRENNAN, JR.,
    Plaintiff

v.                                                                   C.A. 08-419 S

A.T. WALL, ET AL.,
    Defendants

**ORDER**

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on April 7, 2010 (document #142) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #146) is rejected and Defendants Poshkus' and Edoro's Motion for Summary Judgment is GRANTED (document #121); Defendants Poshkus' and Edoro's Motion to Dismiss (document #133) is DENIED AS MOOT; and Defendants Wall's and Feinstein's Motion to Dismiss, and in the alternative, for Summary Judgment is GRANTED (document #125).

Further, pursuant to the Magistrate Judge's Report and Recommendation, the Court hereby DISMISSES the Plaintiff's remaining claims *sua sponte*, and therefore the action is hereby DISMISSED in its entirety.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 5/4/10